

FILED IN OPEN COURT
DEC – 7 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID ANTHONY GREGG, JR.<br><br>Defendant. | Case No. 1:22-CR-228<br><br>Count 1: Pointing, holding or brandishing firearm, air or gas operated weapon, or object similar in appearance (18 U.S.C. § 13 and Va. Code § 18.2-282(A))<br><br>Count 2: Destruction or injury of personal property (18 U.S.C. §§ 1363, 7(3), 2)<br><br>Count 3: Shooting or throwing missiles at a car (18 U.S.C. §§ 13 and 2, and Va. Code § 18.2-154) |

## INDICTMENT

December 2022 Term – at Alexandria, Virginia

### Count 1
*(Pointing, holding, or brandishing firearm, air or gas operated weapon, or object similar in appearance)*

THE GRAND JURY CHARGES THAT:

On or about September 3, 2022, on or near the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DAVID ANTHONY GREGG, JR., did unlawfully point, hold, and brandish an object similar in appearance to a firearm or an air or gas operated weapon, in such a manner as to reasonably induce fear in the mind of another.

(In violation of Title 18, United States Code, Section 13, assimilating Title 18.2, Virginia Code, Section 282(A))

<u>Count 2</u>
*(Destruction or injury of personal property)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 3, 2022, on or near the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DAVID ANTHONY GREGG, JR., did willfully and maliciously injure and destroy the personal property of another, to wit: the rear windshield of a 2021 Honda HRV, Victim-1's motor vehicle.

(In violation of Title 18, United States Code, Sections 1363, 7(3), and 2.)

Count 3
*(Shooting or throwing missiles at a car)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 3, 2022, on or near the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DAVID ANTHONY GREGG, JR., did unlawfully and maliciously shoot and throw missiles at Victim-1's motor vehicle, which was then occupied by multiple persons, and, as a result of the defendant's shooting and throwing of missiles, the lives of such persons occupying Victim-1's motor vehicle may have been put in peril.

(In violation of Title 18, United States Code, Sections 13 and 2, assimilating Title 18.2, Virginia Code, Section 154.)

A TRUE BILL:

**Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office**

_____
FOREPERSON

Jessica Aber
United States Attorney

By: _____
Kurt Sorensen
Special Assistant United States Attorney
April N. Russo
Assistant United States Attorney